· MARK D. BRAINARD, for appellant.  R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

WALKER, P. J.—No error.  Affirmed.

BELLAMY V. THE STATE.
(Decided November 20, 1913.)

APPEAL from Lee Law and Equity Court.

Heard before Hon. LUM DUKE.

No counsel marked for appellant.  R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam.  Appeal dismissed.

BIRMINGHAM RAILWAY, LIGHT & POWER CO. V. PILGREEN.
(Decided November 25, 1913.)

APPEAL from Birmingham City Court.

Heard before Hon. C. W. FERGUSON.

TILLMAN, BRADLEY & MORROW, for appellant.  No counsel marked for appellee.

Per curiam.  Appeal dismissed by agreement.

BIRMINGHAM RAILWAY, LIGHT & POWER CO. V. ROSE.
(Decided November 25, 1913.)

APPEAL from Birmingham City Court.

Heard before Hon. C. W. FERGUSON.

TILLMAN, BRADLEY & MORROW, for appellant.  HARSH, BEDDOW & FITTS, for appellee.

Per curiam.  Dismissed.

BIRMINGHAM RAILWAY, LIGHT & POWER CO. V. STANFIELD.
(Decided November 25, 1913.)

APPEAL from Birmingham City Court.

Heard before Hon. WILLIAM M. WALKER.